AO 257 (Rev. 6/78)

E-filing

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute MDMA;
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To Distribute Marijuana; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(c)(1)(A) – Using and Carrying a Firearm During Drug Trafficking Crime

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---- DEFENDANT - U.S ----
ANTONIO ROYAL,
a/k/a Antonio Royale, a/k/a "Tone Royal"

DISTRICT COURT NUMBER
CR08-405 CW

FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☒ On another conviction  } ☐ Federal  ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

# ATTACHMENT TO PENALTY SHEET FOR ANTONIO ROYAL

**Count One:** 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute A Schedule I Controlled Substance (MDMA).

*If 851 Information alleging prior felony narcotics conviction filed:*

(1) Imprisonment:      Maximum 30 Years Imprisonment
(2) Fine:              Maximum $2,000,000
(3) Supervised Release: Maximum Lifetime
                       Mandatory Minimum 6-Year Term
(4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction not filed:*

(1) Imprisonment:      Maximum 20 Years Imprisonment
(2) Fine:              Maximum $1,000,000
(3) Supervised Release: Maximum Lifetime
                       Mandatory Minimum 3-Year Term.
(4) Special Assessment: $100.00

**Count Two:** 21 U.S.C. §§ 841(a)(1), (b)(1)(D) – Possession With Intent To Distribute A Schedule I Controlled Substance (Marijuana).

*If 851 Information alleging prior felony narcotics conviction filed:*

(1) Imprisonment:      Maximum 10 Years Imprisonment
(2) Fine:              Maximum $500,000
(3) Supervised Release: Mandatory Minimum 4-Year Term
(4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction not filed:*

(1) Imprisonment:      Maximum 5 Years Imprisonment
(2) Fine:              Maximum $250,000
(3) Supervised Release: Mandatory Minimum 2-Year Term.
(4) Special Assessment: $100.00

**Count Three:** **18 U.S.C. § 922(g)(1) – Felon In Possession Of A Firearm.**

    (1)    Imprisonment:    Maximum 10 Years.
    (2)    Fine:    $250,000
    (3)    Supervised release:    Maximum 3-Year Term
    (4)    Special assessment:    $100.00

**Count Four:** **18 U.S.C. § 924(c)(1)(A) – Possession Of Firearm In Furtherance of Drug Trafficking Crimes.**

    (1)    Imprisonment:    Maximum Life Imprisonment
                                   Mandatory Minimum 5 Years Imprisonment
                                   Consecutive To Any Other Term Of Imprisonment
    (2)    Fine:    $250,000
    (3)    Supervised Release:    Maximum 5-Year Term
    (4)    Special Assessment.    $100.00

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND



UNITED STATES OF AMERICA,

V.

## CR08-405 CW

ANTONIO ROYAL,
a/k/a Antonio Royale,
a/k/a "Tone Royal,"

DEFENDANT(S).

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute MDMA; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To Distribute Marijuana; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(c)(1)(A) – Using and Carrying a Firearm During Drug Trafficking Crime

A true bill.

_____ Foreman

Filed in open court this __18__ day of JUNE 2008.

_____ Clerk

Bail: $ No bail arrest warrant.
6-18-08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
JUN 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR08-405 CW

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> ANTONIO ROYAL, <br>    a/k/a Antonio Royale, <br>    a/k/a "Tone Royal," <br>     Defendant. | No. <br><br> VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute MDMA; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To Distribute Marijuana; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(c)(1)(A) – Using and Carrying a Firearm During Drug Trafficking Crime <br><br> OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>:    (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute MDMA)

On or about March 15, 2008, in the Northern District of California, the defendant,

ANTONIO ROYAL,
a/k/a Antonio Royale,
a/k/a "Tone Royal,"

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, namely, approximately 243.2 grams of a mixture and substance containing a

INDICTMENT

detectable amount of 3, 4 methylenedioxymethamphetamine (a/k/a "MDMA" or "Ecstasy") in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT TWO:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To Distribute Marijuana)

On or about March 15, 2008, in the Northern District of California, the defendant,

> ANTONIO ROYAL,
> a/k/a Antonio Royale,
> a/k/a "Tone Royal,"

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, namely, approximately 78.4 grams of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

COUNT THREE:   (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about March 15, 2008, in the Northern District of California, the defendant,

> ANTONIO ROYAL,
> a/k/a Antonio Royale,
> a/k/a "Tone Royal,"

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, described as: (1) a Glock 27 (serial number EXW746US), .40 caliber, semi-automatic handgun; and (2) 15 rounds of .40 caliber ammunition manufactured by Remington, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT FOUR:   (18 U.S.C. § 924(c)(1)(A) – Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Crime)

On or about March 15, 2008, in the Northern District of California, the defendant,

> ANTONIO ROYAL,
> a/k/a Antonio Royale,
> a/k/a "Tone Royal,"

did knowingly use and carry a firearm during and in relation to the drug trafficking crimes alleged in Counts One and Two herein, which crimes may be prosecuted in a court of the United

////

////

INDICTMENT

States, and, in furtherance of those crimes, did knowingly possess that firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A).

DATED:     June 18, 2008

A TRUE BILL

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____
AUSA J.C. MANN

INDICTMENT