```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  JAMES C. MANN (CABN 221603)
    Assistant United States Attorney
 5
       1301 Clay Street, Suite 340-S
 6     Oakland, California 94612
       Telephone:  (510) 637-3705
 7     Facsimile:  (510) 637-3724
       E-Mail:     James.C.Mann@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO ROYAL,<br>　　a/k/a Antonio Royale,<br>　　a/k/a "Tone Royal,"<br><br>　　　　Defendant. | No. CR-08-0405 CW<br><br>PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:   The Honorable Maria-Elena James, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney James C. Mann respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, ANTONIO ROYAL (a/k/a Antonio Royale; a/k/a Tone Royal), whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the defendant in the

////

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0405 CW

1  above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as
2  presented.

4  Dated: July 3, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney


                                          _____
                                          JAMES C. MANN
                                          Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0405 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0405 CW |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| v. | ) | PETITION FOR AND WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| ANTONIO ROYAL, | ) | |
| a/k/a Antonio Royale, | ) | |
| a/k/a "Tone Royal," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant ANTONIO ROYAL (a/k/a Antonio Royale; a/k/a Tone Royal) before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Friday, July 25, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED:_____

HON. MARIA-ELENA JAMES
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0405 CW

<u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO:   FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Warden for Pelican Bay State Prison, and/or any California Department of Corrections facility:

GREETINGS

WE COMMAND that on Friday, July 25, 2008, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of ANTONIO ROYAL (a/k/a Antonio Royale; a/k/a Tone Royal) (CDC No. V081963), in your custody in the above-mentioned institution, or any other California Department of Corrections Institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that ANTONIO ROYAL may then appear for initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _____, 2008

                          CLERK, UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA

              By:   _____
                          DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-08-0405 CW