JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:  (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>ANTONIO ROYAL,<br>   a/k/a Antonio Royale,<br>   a/k/a "Tone Royal,"<br><br>     Defendant. | No. CR-08-0405 CW<br><br>STIPULATED REQUEST TO VACATE HEARING DATE TO SEPTEMBER 24, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:       September 3, 2008<br>Time:      2:00 p.m.<br>Court:     Hon. Claudia Wilken |

     The above-captioned matter is set on September 3, 2008 for an initial appearance before this Court for trial setting.  The parties request that the Court continue the hearing to September 24, 2008 at 2:00 p.m. and that the Court exclude time under the Speedy Trial Act between September 2, 2008 and September 24, 2008.

     Defendant Antonio Royal was arraigned in the above-captioned matter on August 6, 2008.  The government produced discovery to counsel for defendant on August 7, 2008.  On August 11, 2008, defendant requested additional discovery from the government.  In response, the government produced additional discovery to defendant on August 27, 2008.  Additionally, counsel for defendant was out of the office for two weeks starting on Wednesday, August 13,

1    2008.  Defendant, therefore, requires additional time to review the discovery produced by the

2    government, to investigate this matter, and to effectively prepare for the hearing taking into

3    account the exercise of due diligence.  The extension is not sought for delay.  The parties agree

4    the ends of justice served by granting the continuance outweigh the best interests of the public

5    and the defendant in a speedy trial.  Therefore, the parties further stipulate and request that the

6    Court exclude time between the date of this stipulation and September 24, 2008 under the Speedy

7    Trial Act for effective preparation of counsel, continuity of counsel, and pursuant to 18 U.S.C. §

8    3161(h)(8)(B)(iv).

9

10   DATED: September 2, 2008

11

12

13          /s/                                              /s/
     JAMES C. MANN                            REBECCA SILBERT
14   Assistant United States Attorney              Assistant Federal Public Defender
     Counsel for United States                     Counsel for Antonio Royal

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11

UNITED STATES OF AMERICA,                    )          No. CR-08-0405 CW
                                             )
12              Plaintiff,                   )          [PROPOSED] ORDER GRANTING
                                             )          STIPULATED REQUEST TO VACATE
13       v.                                  )          HEARING DATE TO SEPTEMBER 24,
                                             )          2008 AND TO EXCLUDE TIME UNDER
14   ANTONIO ROYAL,                          )          THE SPEEDY TRIAL ACT
             a/k/a Antonio Royale,           )
15           a/k/a "Tone Royal,"             )          Date:       September 3, 2008
                                             )          Time:       2:00 p.m.
16              Defendant.                   )          Court:      Hon. Claudia Wilken
     _____)

17
18

19          The parties jointly requested that the hearing in this matter be moved from September 3,

20   2008 to September 24, 2008, and that time be excluded under the Speedy Trial Act between

21   those dates to allow defendant additional time to review the discovery, to investigate this matter,

22   and to effectively prepare for the hearing taking into account the exercise of due diligence.  The

23   government produced discovery to counsel for defendant on August 7, 2008.  On August 11,

24   2008, defendant requested additional discovery from the government.  In response, the

25   government produced additional discovery to defendant on August 27, 2008.  Additionally,

26   counsel for defendant was out of the office for two weeks starting on Wednesday, August 13,

27   2008.  Defendant, therefore, requires additional time to review the discovery produced by the

28   government, to investigate this matter, and to effectively prepare for the hearing taking into

1 account the exercise of due diligence.  For these stated reasons, the Court finds that the ends of

2 justice served by granting the continuance outweigh the best interests of the public and the

3 defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §

4 3161(h)(8)(B)(iv),

5      **IT IS HEREBY ORDERED** that the status hearing in this matter is moved from

6 September 3, 2008 to September 24, 2008 at 2:00 p.m., and that time between September 2, 2008

7 and September 24, 2008 is excluded under the Speedy Trial Act to allow for the effective

8 preparation of counsel, taking into account the exercise of due diligence, and continuity of

9 counsel.

10

11 DATED:_____

12                                                    _____
                                                     HON. CLAUDIA WILKEN
                                                     United States District Judge