UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0405 CW |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING AMENDED |
| | ) | STIPULATED REQUEST TO VACATE |
| v. | ) | HEARING DATE TO OCTOBER 1, 2008 |
| | ) | AND TO EXCLUDE TIME UNDER THE |
| ANTONIO ROYAL, | ) | SPEEDY TRIAL ACT |
| a/k/a Antonio Royale, | ) | |
| a/k/a "Tone Royal," | ) | Date: September 3, 2008 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | Court: Hon. Claudia Wilken |
| | ) | |

The parties jointly requested that the hearing in this matter be moved from September 3, 2008 to October 1, 2008, and that time be excluded under the Speedy Trial Act between those dates to allow defendant additional time to review the discovery, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence. The government produced discovery to counsel for defendant on August 7, 2008. On August 11, 2008, defendant requested additional discovery from the government. In response, the government produced additional discovery to defendant on August 27, 2008. Additionally, counsel for defendant was out of the office for two weeks starting on Wednesday, August 13, 2008. Defendant, therefore, requires additional time to review the discovery produced by the government, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence. For these stated reasons, the Court finds that the ends of

justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is moved from September 3, 2008 to October 1, 2008 at 2:00 p.m., and that time between September 2, 2008 and October 1, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of counsel.

DATED: 9/3/08

_____
HON. CLAUDIA WILKEN
United States District Judge